IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MYRNA DUKES, <u>etc.</u>, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO 18-114-CG-MU |
| ) | |
| ALFRED PERNELL, JR., <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 18, 2018 is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that the motion to remand (Doc. 10) be **GRANTED** and that this action be **REMANDED** to the Circuit Court of Dallas County, Alabama.

**DONE and ORDERED** this 5th day of June, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE